

**RECEIVED**
IN MONROE, LA.
AUG 0 8 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| JEAN-CLAUDE PREVOST, JR. | * | CIVIL ACTION NO. 11-0423 Section P |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JOHN SMITH (WARDEN) | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 15] filed on behalf of respondents is **GRANTED**, and that the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this __8__ day of __August__ 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE